PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MILAY,<br><br>Defendant. | CASE NO. 2:16-CR-120 JAM<br>2:16-MJ-161 EFB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 4, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, these matters were set for status on October 4, 2016.

2. By this stipulation, defendant now moves to continue the status conference until November 1, 2016 at 9:15 a.m., and to exclude time between October 4, 2016, and November 1, 2016 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 68 pages of discovery, which has been produced directly to counsel.

   b) Counsel for defendant desires additional time to conduct investigation, gather

1 additional records, and consult with her client and discuss potential resolutions.

2       c)      Counsel for defendant believes that failure to grant the above-requested
3 continuance would deny him/her the reasonable time necessary for effective preparation, taking
4 into account the exercise of due diligence.

5       d)      The government does not object to the continuance.

6       e)      Based on the above-stated findings, the ends of justice served by continuing the
7 case as requested outweigh the interest of the public and the defendant in a trial within the
8 original date prescribed by the Speedy Trial Act.

9       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 et seq., within which trial must commence, the time period of October 4, 2016 to November 1,
11 2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
12 [Local Code T4] because it results from a continuance granted by the Court at defendant's
13 request on the basis of the Court's finding that the ends of justice served by taking such action
14 outweigh the best interest of the public and the defendant in a speedy trial.

15 **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 3, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney


                                 /s/ SHELLEY D. WEGER
                                 SHELLEY D. WEGER
                                 Assistant United States Attorney


Dated:  October 3, 2016          /s/ Mia Crager by Shelley Weger
                                 MIA CRAGER
                                 Counsel for Defendant
                                 MICHAEL MILAY


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of October, 2016

                                 /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE